UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-14474 |
| Tanya N Truss | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Motion to Modify Plan**

    THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The motion to modify the Chapter 13 Plan is granted.
2) The default of $415.00 is deferred to the end of the plan.
3) The next plan payment is due in November 2016.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated: November 01, 2016